UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**MANUEL VEGA REYES**              **CASE NO. 6:22-CV-05685**

**VERSUS**                         **JUDGE DAVID C. JOSEPH**

**ALPINE TRANSPORTATION INSURANCE**   **MAGISTRATE JUDGE CAROL B.**
**RISK RETENTION GRO ET AL**          **WHITEHURST**

**MINUTES OF COURT:**
**JURY TRIAL – DAY 1**

| Date: | Dec. 16, 2024 | Presiding: | Judge David C. Joseph |
| --- | --- | --- | --- |
| Court Opened: | 9:27 AM | Courtroom Deputy: | Lisa LaCombe |
| Court Adjourned: | 5:27 PM | Court Reporter: | Jodi Terry |
| Statistical Time: | 6:00 | Courtroom: | Courtroom 1 |

**APPEARANCES**

| Carl J. Rachal | For | Manuel Vega Reyes, Plaintiff |
| --- | --- | --- |
| Janna Campbell Underhill<br>Steven Kent Schilling<br>Sidney W. Degan, III | For | Alpine Transportation Insurance Risk Retention Group Inc, All Defendants |

**PROCEEDINGS**

Case called for Jury Trial – Day 1.
Prospective jurors empaneled and sworn.
*Voir dire* held; jury selection concluded.
Selected jurors sworn to try the case.
Preliminary jury instructions given by the Court.

Opening Statement by Plaintiff.
Opening Statement by Defendants.
Joint Stipulation read into the record. *See* [Doc. 56].
Rule of sequestration invoked.
Evidence and testimony for the Plaintiff began and concluded.
Plaintiff rests.
Case laid over to the following day, Tuesday, **December 17, 2024, at 9:00 a.m.**

The Court accepted Dr. Gerardo Zavala M.D. as an expert in the field of neurosurgery.

Page 2
December 16, 2024
6:22-cv-5685

**<u>FILINGS:</u>**
Peremptory Challenges – Plaintiff
Peremptory Challenges – Defendants

**<u>MOTIONS:</u>**
ORAL Motion to Dismiss Positive Transport Solutions LLC by the Plaintiff.
No objection by the Defendants.  The Court GRANTED the motion.

ORAL Motion for Directed Verdict pursuant to 50(a) by Defendants.
The Court DENIED the motion.