UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **MANUEL VEGA REYES** | **DOCKET NO. 6:22-cv-05685** |
| **VERSUS** | |
| | **JUDGE DAVID C. JOSEPH** |
| **ALPINE TRANSPORTATION INSURANCE RISK RETENTION GROUP INC., CAMAS CARRIER, LLC and RENILDO MARQUEZ** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

# JUDGMENT

A jury trial in the above-referenced matter commenced on December 16, 2024, and concluded on December 17, 2024.

Representing Plaintiff, Manuel Vega Reyes, was Carl J. Rachal.

Representing Defendants, Alpine Transportation Insurance Risk Retention Group, Inc., Camas Carrier, LLC, and Renildo Marquez, were Janna Campbell Underhill, Steven K. Schilling and Sidney W. Degan, III.

Following the presentation of live testimony and other evidence, the matter was submitted to the jury, and following instruction by the Court the jury rendered verdict on December 17, 2024. Considering the jury's verdict:

**IT IS ORDERED, ADJUDGED AND DECREED** that Defendants, Alpine Transportation Insurance Risk Retention Group, Inc., Camas Carrier, LLC, and Renildo Marquez are not liable for any injury suffered by the Plaintiff, Manuel Vega Reyes as a result of the July 16, 2021, accident.

{02032534.DOCX;1}

**IT IS FURTHER ORDERED** that all claims against Defendants, Alpine Transportation Insurance Risk Retention Group, Inc., Camas Carrier, LLC, and Renildo Marquez are **DISMISSED**.

**THUS DONE AND SIGNED** in Chambers on this __6th__ day of __February__, 202_5_.

_____
**DAVID C. JOSEPH**
**UNITED STATES DISTRICT JUDGE**

{02032534.DOCX;1}